

Emre M. Polat
Admitted NY & NJ Bars
Tel.:(212) 480-4500

**VIA ECF**

April 7, 2025

Hon. Jeannette A. Vargas, U.S.D.J
United States District Court
Southern District of New York
500 Pearl Street, Room 703
New York, New York 10007

            Re:    Sahin Turan v. Antep Restaurant LLC et al.
                     25-CV-00576

Dear Judge Vargas:

      This firm represents the Defendants in the above-referenced matter. With the consent of Plaintiff's counsel, we respectfully request an extension of Defendants' deadline to answer or otherwise respond to the Complaint from April 7, 2025, to May 21, 2025. The parties have tentatively scheduled a mediation for May 14, 2025, and believe that focusing their efforts and resources on resolving the matter at this stage would be more productive.

                                      We thank Your Honor for the consideration.

                                                    Sincerely,

                                                    */s/ Emre Polat*

                                                    Emre Polat, Esq.

cc. All counsel – via ECF