UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
SAHIN TURAN,

                            Plaintiff,

      -against-

ANTEP RESTAURANT LLC d/b/a ABA TURKISH
RESTAURANT, ABA TURKISH RESTAURANT LLC
d/b/a ABA TURKISH RESTAURANT, MUSTAFA
YALAZA, and ARIF GECIR a/k/a ARIF GECER

                        Defendants.
------------------------------------------------------------------- X

No. 25 Civ. 576 (JAV)

**JUDGMENT**

      **WHEREAS**, an Acceptance of Offer of Judgment Pursuant to Fed. R. Civ. P. 68 having been filed by Plaintiff Sahin Turan ("Plaintiff") on June 20, 2025; it is

      **ORDERED AND ADJUDGED** that judgment is hereby entered in favor of Plaintiff and against Defendants Antep Restaurant LLC, ABA Turkish Restaurant LLC, Mustafa Yalaza, and Arif Gecir a/k/a Arif Gecer, jointly and severally, in the amount of $35,000.00, inclusive of attorneys' fees and costs, in full and final resolution of all of Plaintiff's claims in this action.

Dated:  New York, New York
           _____June 30_____, 2025

                                              SO ORDERED:

                                              _____
                                              HON. JEANNETTE A. VARGAS
                                              United States District Judge